```
RECEIPT #_____548 61_____
AMOUNT $_____150_____
SUMMONS ISSUED_____
LOCAL RULE 4.1_____
WAIVER FORM_____
MCF ISSUED_____
BY DPTY. CLK._____
DATE___3-26-04___
```

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ADVISOR'S CAPITAL INVESTMENTS, INC. <br><br> Plaintiff <br><br> v. <br><br> CUMBERLAND CASUALTY & SURETY COMPANY, AND IGIC MANAGEMENT COMPANY, <br><br> Defendants | Civil Action No. <br><br> **04-10597 RCL** <br><br> MAGISTRATE JUDGE _Dein_ |

## JOINT NOTICE OF REMOVAL

Defendants, Cumberland Casualty & Surety Company ("Cumberland") and IGIC Management Company ("IGIC"), files this Joint Notice of Removal containing a short and plain statement of the grounds for removal as required by 28 U.S.C. §§ 1441 and 1446, and states:

1. Cumberland and IGIC are the defendants in an action filed in the Superior Court of Plymouth County styled *Advisor's Capital Investments, Inc. v. Cumberland Casualty & Surety Company and IGIC Management Company* (the "Action").

2. On February 23, 2004, Plaintiff, Advisor's Capital Investments, Inc. ("ACI"), filed a Complaint against Cumberland and IGIC.

3. The Complaint and Summons were served on March 2, 2004..

4. Pursuant to 28 U.S.C. § 1446, this Notice of Removal is filed within thirty (30) days after service of the Complaint on Cumberland and IGIC.

5. This Court has diversity jurisdiction over the action pursuant to 28 U.S.C. § 1332. Plaintiff ACI is a Delaware corporation with offices, as stated in their Complaint, located in Plymouth County, Massachusetts. Defendant Cumberland is a Florida corporation with its

principal place of business in Florida. Defendant IGIC is a Florida corporation with its principal place of business in Florida.

6. The amount in controversy exceeds $75,000.00, exclusive of interest and costs.

7. Pursuant to 28 U.S.C. §§ 1441 and 1446, Cumberland and IGIC have the right to remove the Action from the Superior Court for Plymouth County to the United States District Court for the District of Massachussetts, which embraces the place where the Action is pending.

8. Pursuant to the provisions of 28 U.S.C. § 1446, Cumberland and IGIC attach hereto a copy of the summons, complaint, and Notice of Automatic Stay which comprises all process, pleadings and orders now on file with the state court.

9. By reason of the foregoing, Cumberland and IGIC hereby remove this action from the Superior Court for Plymouth County to the United States District Court for the District of Massachusetts.

10. Written notice of the filing of this Joint Notice of Removal will promptly be provided to the Plaintiff as required by law.

11. A true copy of this Notice will promptly be filed with the Clerk of the Superior Court of Plymouth County as provided by law.

WHEREFORE, Defendants, Cumberland and IGIC, pray that the action be removed to this Court and that this Court accept jurisdiction of the action and henceforth the action be placed on the docket of this Court for further proceedings, the same as though the action had originally been instituted in this Court.

005.329003.1

Respectfully submitted,

*[signature]*

James M. Landis FL Bar No. 0116760
Jon P. Tasso FL Bar No. 0120510
FOLEY & LARDNER LLP
100 North Tampa Street, Suite 2700
Tampa, Florida  33602-5810
P.O. Box 3391
Tampa, Florida 33601-3391
813.229.2300
Facsimile:  813-221-4210
*Attorneys for Defendant, Cumberland Casualty & Surety Company*

*[signature]*

Brendan Hare
Kathleen A. Kelley
HARE & CHAFFIN
Attorneys at Law
160 Federal Street
Boston, MA  02110-1701
617-330-5000
Facsimile:  617-330-1996
*Attorneys for IGIC Management Company*

005.329003.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to the following by U.S. mail, first-class postage prepaid on March 26, 2004.

David Constantino
P.O. Box 307
Southbridge, MA 01550

_____
Attorney

005.329003.1