UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ADVISOR'S CAPITAL INVESTMENTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CUMBERLAND CASUALTY & SURETY COMPANY and I.G.I.C., <br><br> Defendants. | Civil Action No. |

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

Please enter my appearance in the above-captioned action as counsel of record for Defendant, I.G.I.C.

Dated: March 26, 2004

Respectfully submitted,

/s/ Kathleen A. Kelley
Kathleen A. Kelley
BBO# 562342
HARE & CHAFFIN
160 Federal Street
Boston, MA 02110
(617) 330-5000

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail/hand on 3/26/04.