UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ADVISOR'S CAPITAL INVESTMENTS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>CUMBERLAND CASUALTY & SURETY COMPANY and I.G.I.C.,<br><br>    Defendants. | 04-10596 RCL<br><br>Civil Action No.<br><br>FILING FEE PAID:<br>RECEIPT #_____<br>AMOUNT $_____<br>BY DPTY CLK_____<br>DATE_____ |

## MOTION FOR ADMISSION PRO HAC VICE

Defendant, Cumberland Casualty & Surety Company, by its undersigned counsel[1], moves, pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, for an order permitting James M. Landis, Esq. to appear on its behalf in this case. As grounds for this motion, as set forth in the attached affidavits of James M. Landis (Ex. A hereto), Cumberland Casualty & Surety Company states as follows:

1. James M. Landis is a member in good standing in every jurisdiction he has been admitted to practice;

2. There are no disciplinary proceedings pending against Mr. Landis as a member of the bar of any jurisdiction; and

---

[1] Hare & Chaffin's representation of Cumberland Casualty & Surety Company in this matter is limited, at this time, to obtaining the admission of Cumberland Casualty & Surety Company's Florida counsel in this matter.

3. Mr. Landis is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

WHEREFORE, Cumberland Casualty & Surety Company respectfully requests that the Court permit James M. Landis to appear on its behalf in this matter.

Dated: March 26, 2004

Defendant,

By its attorneys,

HARE & CHAFFIN,

Kathleen A. Kelley
BBO No. 562342
HARE & CHAFFIN
160 Federal Street
23rd Floor
Boston, MA 02110-1832
(617) 330-5000

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of March, 2004, a true and correct copy of the foregoing document was served by facsimile and mail at the offices of counsel for the plaintiff.

Kathleen A. Kelley

444001.032504