UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ADVISOR'S CAPITAL INVESTMENTS,

    Plaintiff(s),

vs.

CUMBERLAND CASUALTY & SURETY COMPANY and IGIC MANAGEMENT COMPANY,

    Defendant(s).

C.A. NO. 04-_____

## AFFIDAVIT OF JAMES M. LANDIS IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, JAMES M. LANDIS, having been duly sworn, do hereby depose and state the following:

1. I am a member of the firm of Foley & Lardner LLP, 100 North Tampa Street, Suite 2700, Tampa, FL 33602.

2. I have been a member in good standing of the bar of the State of Florida since 1969. I am also admitted to practice in the Courts on the attached list. No disciplinary proceedings are pending against me as a member of the bar in any jurisdiction.

3. I have reviewed and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4. For the foregoing reasons, I respectfully request that this Court allow me to appear and practice in this matter on behalf of Cumberland Casualty & Surety Company.

*[Signature]*
JAMES M. LANDIS

SWORN TO AND SUBSCRIBED before me this 26th day of March, 2004.

*[Signature]*
Notary Public
Print Name: Brooke Tanner
My commission expires:



BROOKE TANNER
Notary Public - State of Florida
My Commission Expires Aug 30, 2005
Commission # DD054068
Bonded By National Notary Assn.

005.329288.1

## LIST OF COURTS JAMES M. LANDIS IS ADMITTED TO PRACTICE:

| COURT | ADDRESS | ADMISSION DATE |
|---|---|---|
| United States Court of Appeals for the Federal Circuit | National Courts Bldg. 717 Madison Place N.W. Washington DC 20439 | 01/09/95 |
| Supreme Court of Florida | Supreme Court Building 500 South Duval Street Tallahassee, FL 32399 | 06/26/69 |
| Supreme Court of the United States | One First Street N.E. Washington DC 20543 | 07/30/86 |
| U. S. Court of Appeals for the Eleventh Circuit | 56 Forsyth Street N.W. Atlanta, GA 30303 | 08/10/99 |
| U. S. District Court, Northern District of Florida | U. S. Courthouse 111 N. Adams Street Tallahassee, FL 32301 | 09/23/81 |
| U. S. District Court, Middle District of Florida | U. S. Courthouse 801 N. Florida Avenue Tampa, FL 33602 | 01/27/78 |
| U. S. District Court, Southern District of Florida | Federal Courthouse Square 301 N. Miami Avenue Miami, FL 33128 | 06/21/79 (General Bar) 12/8/82 (Trial Bar) |

05.245138.1