**HARE & CHAFFIN**

ATTORNEYS AT LAW
160 FEDERAL STREET
BOSTON, MASSACHUSETTS 02110-1701
(617) 330-5000
TELECOPIER (617) 330-1996

April 5, 2004

BY HAND

Clerk
United States District Court
for the District of Massachusetts
1 Courthouse Way
Boston, MA 02210

    Re:    Advisor's Capital Investments, Inc. v. Cumberland Casualty and
           Surety Company and IGIC; Civil Action No. 04-10597-RCL ( D. Mass.)

Dear Sir/Madam:

    Enclosed please find certified copies of the documents originally filed in the Plymouth Superior Court, Case No. PLCV2004-00245.

    Please acknowledge your receipt of the above by stamping the enclosed copy of this letter and returning it in the enclosed envelope.

                                                                     Very truly yours,

                                                                     Kathleen A. Kelley

KAK/mtf
Enclosures
cc:    David Constantino, Esq. (By mail)
        Dennis C. Cavanaugh, Esq. (By mail)
444001.040504