UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ADVISOR'S CAPITAL INVESTMENTS, INC.<br><br>Plaintiff<br><br>v.<br><br>CUMBERLAND CASUALTY & SURETY COMPANY, and IGIC MANAGEMENT COMPANY,<br><br>Defendant | Civil Action No. 1:04-cv-10596-RCL |

### DEFENDANT CUMBERLAND CASUALTY & SURETY COMPANY'S DISCLOSURE STATEMENT

Defendant Cumberland Casualty & Surety Company, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, hereby states that it is a wholly-owned subsidiary of publicly-traded Cumberland Technologies, Inc.

James M. Landis FL Bar No. 0116760
Jon P. Tasso FL Bar No. 0120510
FOLEY & LARDNER LLP
100 North Tampa Street, Suite 2700
Tampa, Florida 33602-5810
P.O. Box 3391
Tampa, Florida 33601-3391
813.229.2300
813.221.4210 (Facsimile)

Counsel for Defendant, CUMBERLAND
CASUALTY & SURETY COMPANY

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to the following by U.S. mail, first-class postage prepaid on April 01, 2004.

David Constantino
P. O. Box 307
Southbridge, MA  01550

Kathleen A. Kelley
Hare & Chaffin
160 Federal Street
Boston, MA  02110

Attorney

005.330006.1