UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ADVISOR'S CAPITAL INVESTMENTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CUMBERLAND CASUALTY & SURETY COMPANY and I.G.I.C., <br><br> Defendants. | Civil Action No.04-10597-RCL |

## DEFENDANTS' MOTION TO ENLARGE
## TIME TO RESPOND TO COMPLAINT

Defendants, Cumberland Casualty & Surety Company ("Cumberland") and I.G.I.C. (properly IGIC Management Company, Inc.) ("IGIC"), hereby move, pursuant to Fed. R. Civ. P. 6(b)(1), for an enlargement of the time within which they may answer or otherwise respond to the plaintiff's complaint in this matter, to and including April 9, 2004. In support of this motion, defendants state the following:

1. Plaintiff, Advisor's Capital Investments, Inc. ("ACI"), served its State Court complaint on Cumberland on or about March 2, 2004, and on IGIC on or about March 9, 2004;

2. The defendants removed this matter to Federal Court on March 26, 2004;

3. Defendants' responses to the complaint are currently due on or about April 2, 2004; and

4. Plaintiff counsel has agreed to an extension of the time within which the defendants may respond to the complaint in this matter to and including April 9, 2004.

WHEREFORE, the defendants request that the time within which it may respond to the

plaintiff's complaint be enlarged to and including April 9, 2004.

Dated: April 2, 2004                              Respectfully submitted,

ASSENTED TO:                                      KDI PRECISION PRODUCTS, INC.,

                                                  By its attorneys,

James M. Landis FL Bar No. 0116760               Brendan M. Hare, BBO #221480
Jon P. Tasso FL Bar No. 0120510                  Kathleen A. Kelley, BBO # 562342
FOLEY & LARDNER LLP                              HARE & CHAFFIN
100 North Tampa Street, Suite 2700               160 Federal Street
Tampa, Florida  33602-5810                       Boston, MA 02110
(813) 229-2300                                   (617) 330-5000


CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of April, 2004, a true and correct copy of the foregoing
document was served by facsimile and mail to the office of counsel of record for the plaintiff.

Kathleen A. Kelley


444001.040204


2