UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ADVISOR'S CAPITAL INVESTMENTS, INC.<br><br>Plaintiff<br><br>v.<br><br>CUMBERLAND CASUALTY & SURETY COMPANY, and IGIC MANAGEMENT COMPANY,<br><br>Defendant | )<br>)<br>)<br>)<br>)  Civil Action No. 1:04-cv-10596-RCL<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT CUMBERLAND'S MOTION TO TRANSFER VENUE AND NOTICE OF AUTOMATIC STAY**

Defendant Cumberland Casualty & Surety Company ("Cumberland"), pursuant to 28 U.S.C. § 1404(a), moves to transfer this action to the United States District Court for the Middle District of Florida. Among the grounds therefor are the following:

1. Cumberland, an insurer, is currently in statutory receivership proceedings in Florida, governed by Florida law.

2. Additionally, the convenience of the parties, location of witnesses, law applicable to the underlying claims, and the interests of justice, support the transfer of this action to Florida.

3. Cumberland also notifies the Court that on February 26, 2004, the Circuit Court of the Second Judicial Circuit in and for Leon County, Florida, entered its Consent Order Appointing the Florida Department of Financial Services as Receiver for Purposes of Rehabilitation, Injunction, and Notice of Automatic Stay (the "Order").[1] The Order, among other things, operates as an "automatic stay" applicable to all persons, other than the receiver,

against the "continuation of judicial, administrative, or other action or proceeding against the insurer ...." The Order therefore stays the further prosecution of this lawsuit by the Plaintiff Advisor's Capital Investments, Inc. ("ACI") against Cumberland.

4. In the event that this stay is lifted at some later time, Cumberland reserves the right to assert against ACI all available grounds to dismiss or otherwise defend under the Federal Rules of Civil Procedure and applicable law.

5. Concurrently herewith, Cumberland has filed its supporting Memorandum of Law.

**WHEREFORE**, Cumberland asks that this Court enter an Order in accordance with this Motion, and provide such other and further relief as appropriate.

### Rule 7.1(A)(2) Certification

Cumberland's counsel has conferred with ACI's counsel regarding the disposition of this Motion. ACI is unable to agree to a transfer of this action to the Middle District of Florida.

_James Landis_ (JPT)
JAMES M. LANDIS, ESQ.
Florida Bar No. 116760
JON P. TASSO, ESQ.
Florida Bar No. 0120510
FOLEY & LARDNER LLP
100 North Tampa Street, Suite 2700
Post Office Box 3391
Tampa, FL 33601-3391
(813) 229-2300
(813) 221-4210 (facsimile)

Attorneys for Cumberland

---

[1] A copy of the Order is attached to the Declaration of Carol Black (**Exhibit A** to the concurrently filed Memorandum of Law), as **Exhibit 2**.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to the following by U.S. mail, first-class postage prepaid on April 9, 2004.

David Constantino
P. O. Box 307
Southbridge, MA  01550

Kathleen A. Kelley
Hare & Chaffin
160 Federal Street
Boston, MA  02110

_____
Attorney

3

005.331097.1