UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

| | |
|---|---|
| ADVISOR'S CAPITAL INVESTMENTS, INC. | : C.A. NO. 1:04-CV-10596 (RCL) |
| Plaintiff | : |
| v. | : |
| CUMBERLAND CASUALTY & SURETY and IGIC | : |
| Defendants | : APRIL 15, 2004 |

### NOTICE OF WITHDRAWAL OF APPEARANCE

The undersigned hereby gives notice of his withdrawal as counsel in the above-captioned matter for Cumberland Casualty & Surety Company, on whose behalf an Appearance has been entered in this matter by Attorney Kathleen A. Kelley of the law firm of Hare & Chaffin and by Attorney James M. Landis of the law firm of Foley & Lardner LLP.

RESPECTFULLY SUBMITTED,
CUMBERLAND CASUALTY & SURETY CO.

By: _____
Dennis C. Cavanaugh of
HALLORAN & SAGE LLP
Its Attorneys

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

13106.0004
HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

This is to certify that a true copy of the above document was served upon the attorney of record of each party on April 15, 2004.

David Constantino, Esq.
THE LAW OFFICES OF DAVID CONSTANTINO
P.O. Box 307
Southbridge, MA 01550

James M. Landis, Esq.
FOLEY & LARDNER LLP
Suite 2700, 100 N. Tampa Street
P.O. Box 3391
Tampa, Florida 33601-3391

Kathleen A. Kelley, Esq.
HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

Dennis C. Cavanaugh

539400_1.DOC

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105