UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ADVISOR'S CAPITAL INVESTMENTS, INC. )<br>)<br>Plaintiff )<br>)<br>)<br>v. )<br>)<br>CUMBERLAND CASUALTY AND SURETY )<br>COMPANY, I.G.I.C. )<br>)<br>Defendants ) | Civil Action No. 04-10597-RCL |

PLAINTIFF'S CORPORATE DISCLOSURE PURSUANT TO LOCAL RULE 7.3

Pursuant to Local Rule 7.3, Plaintiff, Advisor's Capital Investments Inc., makes the following disclosure:

Advisor's Capital Investments, Inc. is a Delaware corporation and is a wholly owned subsidiary of Advisor's Capital Corporation, which is also a Delaware Corporation.

Dated: April 21, 2004

Respectfully submitted,

PLAINTIFFS

By their Attorney,

David Constantino, Esq.
BBO # 645357
PO Box 307
Southbridge, MA 01550
(508) 764-7156 phone/fax