UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ADVISOR'S CAPITAL INVESTMENTS,

    Plaintiff(s),

vs.                      C.A. NO. 1:04-cv-10596 RCL

CUMBERLAND CASUALTY & SURETY
COMPANY and IGIC MANAGEMENT
COMPANY,

    Defendant(s)

## MOTION FOR ADMISSION PRO HAC VICE

Defendant, Cumberland Casualty & Surety Company, by its undersigned counsel, moves, pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, for an order permitting Jon P. Tasso, Esq. to appear on its behalf in this case. As grounds for this motion, as set forth in the attached affidavits of Jon P. Tasso, Cumberland Casualty & Surety Company states as follows:

1.    Jon P. Tasso is a member in good standing in every jurisdiction where he has been admitted to practice;

2.    There are no disciplinary proceedings pending against him as a member of the bar of any jurisdiction; and

3.    Jon P. Tasso is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

WHEREFORE, Cumberland Casualty & Surety Company respectfully requests that the Court permit Jon P. Tasso to appear on its behalf in this matter.

1

Dated: April 15, 2004

Defendant,

By its attorneys,

HARE & CHAFFIN

*Kathleen A. Kelley*
Kathleen A. Kelley
BBO No. 562342
HARE & CHAFFIN
160 Federal Street
23rd Floor
Boston, MA 02110-1832
(617) 330-5000

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of April, 2004, a true and correct copy of the foregoing document was served by facsimile and mail at the offices of counsel for the plaintiff, David A. Constantino, P. O. Box 307, Southbridge, MA 01550.

*Kathleen A. Kelley*
Kathleen A. Kelley

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ADVISOR'S CAPITAL INVESTMENTS,

Plaintiff(s),

vs.

CUMBERLAND CASUALTY & SURETY
COMPANY and IGIC MANAGEMENT
COMPANY,

Defendant(s).

C.A. NO. 1:04-cv-10596 RCL

## AFFIDAVIT OF JON P. TASSO IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, JON P. TASSO, having been duly sworn, do hereby depose and state the following:

1. I am a member of the firm of Foley & Lardner LLP, 100 North Tampa Street, Suite 2700, Tampa, FL 33602.

2. I have been a member in good standing of the bar of the State of Florida since 1997. I am also admitted to practice in the Courts on the attached list. No disciplinary proceedings are pending against me as a member of the bar in any jurisdiction.

3. I have reviewed and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4. For the foregoing reasons, I respectfully request that this Court allow me

1

005.331558.1

to appear and practice in this matter on behalf of Cumberland Casualty & Surety Company.

_____
JON P. TASSO

SWORN TO AND SUBSCRIBED before me this 14th day of April, 2004.

_____
Notary Public
Print Name: Brooke Tanner
My commission expires:



BROOKE TANNER
Notary Public - State of Florida
My Commission Expires Aug 30, 2005
Commission # DD054088
Bonded By National Notary Assn.

005.331558.1

## LIST OF COURTS JON P. TASSO IS ADMITTED TO PRACTICE:

| COURT | ADDRESS | ADMISSION DATE |
|---|---|---|
| Supreme Court of Florida | Supreme Court Building<br>500 South Duval Street<br>Tallahassee, FL 32399 | 09/27/97 |
| U. S. Court of Appeals for the Eleventh Circuit | 56 Forsyth Street N.W.<br>Atlanta, GA 30303 | 01/23/98 |
| U. S. District Court, Middle District of Florida | U. S. Courthouse<br>801 N. Florida Avenue<br>Tampa, FL 33602 | 01/15/98 |

005.284116.1