UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2004 APR 26  A 8:48
U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| ADVISOR'S CAPITAL INVESTMENTS, INC. ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> CUMBERLAND CASUALTY AND SURETY ) <br> COMPANY, I.G.I.C. ) <br> ) <br> Defendants ) | Civil Action No. 04-10597-RCL |

PLAINTIFF'S OPPOSITION MOTION TO DEFENDANT CUMBERLAND'S
MOTION TO TRANSFER

Defendant Cumberland Casualty and Surety Company (hereinafter "CCSC") has moved this court to remove the present action pursuant to 28 U.S.C. §1404 (a) and under forum non conveniens grounds from Massachusetts. Plaintiff hereby opposes this motion for the foregoing reasons:

1. There is presently an order of a stay of proceeding existing and such removal would specifically defy item 12 under the order which states "Not defend or accept service of process on legal actions wherein the Respondent, the Receiver, or the insured is a party defendant, commenced either prior to or subsequent to the order, without authorization of this Court; except, however, in actions where Respondent is a nominal party, as in certain foreclosure actions, and the action does not affect a claim against or adversely affect the assets of Respondent, the

Receiver may file appropriate pleadings in its discretion." As this case is far from nominal the Receiver must first obtain court approval before filing this motion. As nothing in the record indicates they have done so this motion should be denied.

2. The convenience of both parties, location of the majority of the witnesses, costs and expenses, and extreme financial hardship placed on plaintiff (where financial hardship placed upon defendant is minor), mandates that the case should remain in Massachusetts.

3. As the law on the matter makes it plain unless the balance is strongly in favor of the defendant, plaintiff's choice of forum should rarely be disturbed.

4. The factors (both public and private) in this case do not weigh strongly in favor of Defendant.

5. In the alternative, if removal is granted, the case be transferred to Connecticut Federal District Court as opposed to Florida.

6. Plaintiff has filed an accompanying Memorandum of Law in support of its Opposition Motion.

WHEREFORE, plaintiff respectfully requests that this honorable court deny defendant Cumberland's motion.

Dated: April 23, 2004

Respectfully submitted,

PLAINTIFF

By their Attorney,

_____
David Constantino, Esq.
BBO # 645357
PO Box 307
Southbridge, MA 01550
(508) 764-7156 phone/fax

CERTIFICATION OF CONFERENCE
PURSUANT TO LOCAL RULE 7.1

I hereby certify that I discussed this issues associated Defendant's Motion and we were unable to resolve or narrow any of the issues raised by Defendant's motion and hence necessitated the submission of Plaintiff's Opposition Motion.

_____
David Constantino, Esq.

CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2004, a true and correct copy of the foregoing document was served by UPS on the office for counsel for the Defendants.

_____
David Constantino, Esq.