UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
Clerk's Office
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 2300
Boston, Ma 02210
617-748-9152

TO:                                          Our Case No.:

                                             Case Caption:

Please be advised that this case has been transferred to:

Attached please find a copy of the INTERNAL docket sheet and a copy of the transfer order.

Following are instructions for retrieving the electronic case filings:

! Go to the Court's web site - www.mad.uscourts.gov
! Select Case Information and Click on CM/ECF - Pacer System
! At login type: your court's PACER login and password
     " Skip "Client Code". Click login

! Once you are into CM/ECF, to print the public docket sheet click:
     " Reports, Docket Sheet, Type in Case number and Run Report and then print

! To save the docket as a PDF file, go to print and change the printer to Acrobat Writer/Distiller and save as a PDF file to be retrieved later.

! To print each item on the docket sheet click on the underlined document number and print.

! To save a copy of the document to add to your docket, click on the disk icon on the menu bar under the blue CM/ECF menu bar and save as a PDF file in a folder to be retrieved later.
     " If the document does not have an underlined document number or if it does not have a document number at all, then there will be nothing to print. The entry will be just what is printed on the docket sheet.

NOTE: ONCE YOU HAVE RETRIEVED THE NECESSARY INFORMATION PLEASE

E-mail me at                                 with your court's case information.

 Thank You

                              By:
                                   Deputy Clerk